**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| JANET S. SRYGLER, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-05-1024 |
| § | |
| MICHAEL ASTRUE, Commissioner § | |
| of the Social Security Administration, § | |
| § | |
| Defendant. § | |

**ORDER**

The plaintiff's attorney, Victor N. Makris, moved under 42 U.S.C. § 406(b) for authorization to receive attorney's fees for representing plaintiff in this case, in the total amount of $11,046.00. No response has been filed. Based on a careful review of the record, t*he motion and supportin*g materials, and the applicable law, this court concludes that the amount requested is a reasonable fee in light of the result obtained, the time and labor required, the nature of the issues involved, and the customary fee for such work, as well as other relevant factors.

The amount of $11,046.00 is approved to be released to Victor N. Makris, counsel for the plaintiff, as a reasonable fee for counsel's services.

SIGNED on March 29, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge